# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043    For payments Only:
       Trustee          Facsimile: (518) 449-2473        P.O Box 1918
**Bonnie Baker, Esq.**                                   Memphis, TN 38101-1918
  Assoc. Attorney

November 2, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    05-14140          William C. Trombley

To Whom It May Concern:

    Enclosed please find check #922040 in the amount of $1,715.89. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.      7

Account#

Creditor       Linda Strumpf, Esq.
               US Equities Corp.
               111 Johnson Street
               New York, NY 10038

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli